UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-27-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHEEN JEROME ARNOLD | ORDER TO SEAL |

On motion of the Defendant, Rasheen Jerome Arnold, and for good cause shown, it is hereby ORDERED that **DE 74** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __15__ day of July, 2024.

JAMES C. DEVER III
United States District Court Judge